618

and *Ralph E. Bowers* for petitioner. *Solicitor General Fahy* and *Messrs. Richard S. Salant, Robert B. Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.

No. 460. NATIONAL LABOR RELATIONS BOARD *v.* SOUTHERN BELL TELEPHONE & TELEGRAPH CO.; and
No. 461. NATIONAL LABOR RELATIONS BOARD *v.* SOUTHERN ASSOCIATION OF BELL TELEPHONE EMPLOYEES. November 16, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* and *Mr. Robert B. Watts* for petitioner. *Mr. Marion Smith* for respondent in No. 460; and *Messrs. Frank A. Hooper, Jr.* and *James A. Branch* for respondent in No. 461.

No. 458. VIERECK *v.* UNITED STATES. November 16, 1942. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted except with respect to the first question presented by the petition. *Mr. O. R. McGuire* for petitioner. *Solicitor General Fahy,* Assistant Attorney General Berge, and *Messrs. Oscar A. Provost, Andrew F. Oehmann,* and *W. Marvin Smith* for the United States.

No. 449. MARICOPA COUNTY ET AL. *v.* VALLEY NATIONAL BANK. November 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Leslie C. Hardy, J. Mercer Johnson,* and *Gerald Jones* for petitioners. *Messrs. Charles L. Rawlins, J. L. Gust,* and *William C. Fitts* for respondent.